**Form 143**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Dana Wittman**
    Debtor(s)

Bankruptcy Case No.: 12–23634–CMB

Chapter: 13
Docket No.: 97 – 96

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

      Elliott J. Schuchardt, Esq. has been removed as attorney from this case and will not receive any future notifications.

      The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: July 11, 2016

Michael R. Rhodes
Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 12-23634-CMB
Dana Wittman                                                                  Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy          Page 1 of 1          Date Rcvd: Jul 11, 2016
                             Form ID: 143         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2016.
aty          +Elliott J. Schuchardt,   Schuchardt Law Firm,   2400 Ansys Drive,   Suite 102,
              Canonsburg, PA 15317-0403,   U.S.A.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2016                          Signature:  _/s/Joseph Speetjens_

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2016 at the address(es) listed below:
          Andrew F Gornall   on behalf of Creditor   Bank of America, N.A., et al...
           agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Ann E. Swartz   on behalf of Creditor   Everbank ecfmail@mwc-law.com
          Celine P. DerKrikorian   on behalf of Creditor   Everbank ecfmail@mwc-law.com
          Elliott J. Schuchardt   on behalf of Debtor Dana  Wittman elliott016@gmail.com,
           G10215@notify.cincompass.com
          Gary William Short   on behalf of Debtor Dana  Wittman garyshortlegal@gmail.com,
           gwshort@verizon.net
          Gregory Javardian   on behalf of Creditor   Bank of America, N.A. greg@javardianlaw.com,
           mary@javardianlaw.com;tami@javardianlaw.com
          Jill  Manuel-Coughlin   on behalf of Creditor   Bank of America, N.A. jill@pkjllc.com,
           chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
          Joseph P. Schalk   on behalf of Creditor   DITECH FINANCIAL LLC, Et al pawb@fedphe.com,
           joseph.schalk@phelanhallinan.com
          Kevin T. McQuail   on behalf of Creditor   Everbank ecfmail@mwc-law.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                  TOTAL: 12