IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DANA WITTMAN,                           ) Case No. 12-23634 CMB
     Debtor,                            ) Chapter 13
DANA WITTMAN AND GARY W. SHORT,         ) Docket No.
     Movants,                           ) Related to Docket No. 92
  -vs.-                                   ) Hearing Date and Time:
ELLIOTT J. SCHUCHARDT,                  ) August 24, 2016 at 10:00 a.m.
     Respondent.                        ) Responses due: July 8, 2016

**ENTERED BY DEFAULT**

## ORDER OF COURT

**AND NOW,** this __11th__ day of _____July_____, 2016, upon consideration of the MOTION TO SUBSTITUTE COUNSEL and AUTHORIZE POST-PETITION RETAINER, it is hereby ORDERED that:

1.    Gary W. Short is substituted as Debtor's chapter 13 counsel in place of Elliott J. Schuchardt, and

2.    Gary W. Short is authorized to accept a $500 post-petition retainer payment and apply said funds in payment of his legal fees and expenses.

BY THE COURT

_Carlota M. Böhm_ /dmr
Judge Carlota M. Bohm

FILED
7/11/16 2:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                                  Case No. 12-23634-CMB
Dana Wittman                                                            Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2           User: culy                   Page 1 of 2                  Date Rcvd: Jul 11, 2016
                               Form ID: pdf900              Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2016.
db            +Dana Wittman,    630 Grimes Street,    Sewickley, PA 15143-1472
13432156      +AES/PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13426787       American Educational Services,    P.O. Box 2461,    Harrisburg, PA 17105-2461
13426788      +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
13426790      +Bank Of America, N.A.,     450 American Street, #SV416,    Simi Valley, CA 93065-6285
13610936      +Bank of America, N.A.,     c/of KML Law Group P.C.,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
13478156      +Bank of America, N.A.,     Bankruptcy Department,    Mail Stop TX2-982-03-03,
                7105 Corporate Drive,    Plano, TX 75024-4100
13491880       Bank of America, N.A.,     P.O. Box 660933,    Dallas, TX 75266-0933
13426794     ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas of Pennsylvania,    200 Civic Center Drive,    11th Floor,
                Columbus OH 43215)
13426791       Citibank (South Dakota), N.A.,    701 E. 60th St. N,    Sioux Falls, SD  57104-0493
13426792      +Citicards CBNA,    701 E. 60th Street North,    Sioux Falls, SD 57104-0432
13436002      +Department Stores National Bank/Macy’s,    Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
13507487       ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13426796      +Edgeworth Water Authority,    313 Beaver Rd,    Sewickley, PA 15143-1001
13678516      +Everbank,    301 West Bay Street,    Jacksonville, FL 32202-5180
13426800      +Macy’s,    P.O. Box 8218,    Mason, OH 45040-8218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/Text: bankruptcy.bnc@gt-cs.com Jul 12 2016 01:55:33      GREEN TREE SERVICING LLC,
                PO BOX 0049,    PALATINE, IL 60055-0049
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 12 2016 02:03:30
                Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX  77210-4457
13426786      +E-mail/Text: girddb@aessuccess.org Jul 12 2016 01:55:36      American Educational Services,
                1200 N. 7th Street,    Harrisburg, PA 17102-1419
13477721      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 12 2016 01:55:53      Asset Acceptance LLC,
                Po Box 2036,    Warren MI 48090-2036
13426789      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 12 2016 01:55:53      Asset Acceptance, LLC,
                P.O. Box 1630,    Warren, MI 48090-1630
13426793      +E-mail/Text: cduncan@clarionfcu.org Jul 12 2016 01:55:38      Clarion Federal Credit Union,
                1062 E. Wood Street,    Clarion, PA 16214-1706
13426795      +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jul 12 2016 01:56:36      Duquesne Light Co.,
                Payment Processing Center,    Pittsburgh, PA 15267-0001
13476586      +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jul 12 2016 01:56:36      Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                Pittsburgh, PA 15219-1908
13426798      +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2016 02:03:11      GE Money Bank / Lowes,
                P.O. Box 965005,    Orlando, FL 32896-5005
13859998       E-mail/Text: bankruptcy.bnc@gt-cs.com Jul 12 2016 01:55:33      Green Tree Servicing LLC,
                PO BOX 0049,    Palatine, IL 60055-0049,    Telephone # 888-298-7785
13437735      +E-mail/Text: bankruptcy@huntington.com Jul 12 2016 01:55:54      Huntington National Bank,
                P O Box 89424,    Cleveland OH 44101-6424
13426799      +E-mail/Text: bankruptcy@huntington.com Jul 12 2016 01:55:55      Huntington National Bank,
                P.O. Box 1558,    Columbus, OH 43216-1558
13508081       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 12 2016 02:04:29
                LVNV Funding, LLC its successors and assigns as,    assignee of OSI,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13537290       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 12 2016 02:04:08      Midland Funding LLC,
                by American InfoSource LP as agent,    PO Box 4457,    Houston, TX  77210-4457
13426801      +E-mail/Text: nhc@nhchome.com Jul 12 2016 01:55:14      National Hospital Collections,
                P.O. Box 699,    Morgantown, WV 26507-0699
13439917       E-mail/PDF: rmscedi@recoverycorp.com Jul 12 2016 02:04:26      Portfolio Investments II LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13426802      +E-mail/PDF: pa_dc_claims@navient.com Jul 12 2016 02:03:17      Sallie Mae,    11100 USA Parkway,
                Fishers, IN 46037-9203
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bank of America, N.A.
cr             Bank of America, N.A., et al...
cr             DITECH FINANCIAL LLC, Et al
cr             Duquesne Light Company
cr             Everbank,    McCabe, Weisberg & Conway, P.C.
cr*            ECMC,    P.O. Box 16408,    St. Paul, MN  55116-0408
```

```
District/off: 0315-2           User: culy                Page 2 of 2                   Date Rcvd: Jul 11, 2016
                               Form ID: pdf900           Total Noticed: 33

13426797       ##+Equitable Ascent Financial,    1120 W. Lake Cook Road, Suite A-403,
                 Buffalo Grove, IL 60089-1970
                                                                                             TOTALS: 5, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Bank of America, N.A., et al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    Everbank ecfmail@mwc-law.com
              Celine P. DerKrikorian    on behalf of Creditor    Everbank ecfmail@mwc-law.com
              Elliott J. Schuchardt    on behalf of Debtor Dana  Wittman elliott016@gmail.com,
               G10215@notify.cincompass.com
              Gary William Short    on behalf of Debtor Dana  Wittman garyshortlegal@gmail.com,
               gwshort@verizon.net
              Gregory Javardian    on behalf of Creditor    Bank of America, N.A. greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              Jill Manuel-Coughlin    on behalf of Creditor    Bank of America, N.A. jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
              Joseph P. Schalk    on behalf of Creditor    DITECH FINANCIAL LLC, Et al pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Kevin T. McQuail    on behalf of Creditor    Everbank ecfmail@mwc-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 12
```