UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA
CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

|  |  |
|---|---|
| **Debtor:** | DANA WITTMAN |
| **Case Number:** | 12-23634-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JULY 28, 2016 11:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
7/29/16 9:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#90 - Amended Plan Dated: 6-12-2016 - FC
R / M #:  90 / 0

**Appearances:**

Debtor: *Short*
Trustee: Winnecour / (Bedford) / Pail / Katz
Creditor:

**Proceedings:**

Outcome:

Debtor wants to complete case before month 60 with 0% to unsecured creditors. But this is a 60 month applicable commitment period. Attorney states that Trustee is incorrect as to the law & D may end early w/ 0%. + to Request Contested hearing.

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ ___ is to inform Court within ___ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. __✓__ Plan/Motion continued to _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____
9. __✓__ Contested Hearing: 8-24-16 at 11:00
10. _____ Other: