Stipulation wittman

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | Case No. 12-23634 CMB |
| DANA WITTMAN, ) | |
| Debtor, ) | Chapter 13 |
| RONDA J. WINNECOUR, TRUSTEE, ) | Related to Doc. No. 55,90 |
| Movant, ) | Hearing Date and Time: |
| vs. ) | |
| DANA WITTMAN, ) | |
| Respondent. ) | |

**STIPULATION AND ORDER**

AND NOW, this _____ day of _____, 2016, it appearing that Dana Wittman ("Debtor"), through undersigned counsel, and the Chapter 13 Trustee, Ronda J. Winnecour ("Trustee"), through her counsel, Richard J. Bedford, consent to the entry of this order and agree that:

1. The Trustee objects to confirmation of the Debtor's amended plan filed on June 12, 2016 at docket no. 90 which shortened the plan from 60 months to 49 months without paying all claims in full.

2. The Debtor does not have the resources to litigate this issue and therefore withdraws her amended plan, electing instead to make revisions to the existing, confirmed plan, with the consent of the Trustee, as described herein.

IT IS THEREFORE ORDERED that:

a. The Debtor's amended plan filed on June 12, 2016 at docket no. 90 is withdrawn.

b. The hearing scheduled on the amended plan for August 24, 2016 at 11:00 is cancelled.

c. The monthly payment for the Confirmed Plan is increased to $1,658 beginning in August, 2016, for the duration of the plan term.

d. Gary W. Short, counsel for the Debtor, shall be paid $1,500 through the plan.

_____

Carlota M. Bohm, Judge

CONSENTED TO:

/s/ Gary W. Short
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
Attorney for the Debtor
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail[garyshortlegal@gmail.com](mailto:garyshortlegal@gmail.com)

/s/Richard J. Bedford
Richard J. Bedford, Esquire
PA I.D. No. 25069
Counsel for Chapter 13 Trustee
Suite 3250, U. S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
Tele. (412) 471-5566
rbedford@chapter13trusteewdpa.com