

P.O. Box 55004
Irvine, CA 92619-2708
888.669.5600 toll free
949.341.0777 local
949.341.2200 fax
www.rushmorelm.com

August 29, 2016

Dana . Wittman                                    603
...

630 Grimes St
Sewickley, PA 15143-1472

||**ı|ı||**ı|ı|ıı|**ıı||ı|||ıııı|||ıı|ı|ı|ıııı|ı|||ı|ıı|ı|ı|ı|ı||

**Your New Loan Number:**
Property Address:              644 CAMP MEETING RD
                               SEWICKLEY, PA  15143

Dear Mortgagor:

Welcome to Rushmore Loan Management Services. Our intention is to meet your loan servicing requirements with efficient, prompt and courteous service. Below you will find important information regarding how to contact us, make payments and set-up your online account. We encourage you to visit our website at www.rushmorelm.com and create a log-in after receiving this letter.

> Rushmore will be your new servicer. The business addresses for your new servicer are as follows:
>
> **Correspondence Address**
> **Rushmore Loan Management Services LLC**
> **15480 Laguna Canyon Rd., Suite 100**
> **Irvine, CA 92618**
>
> **Payment Address**
> **Rushmore Loan Management Services LLC**
> **P.O. Box 514707**
> **Los Angeles, CA 90051-4707**
>
> If you have any questions related to the transfer of servicing to Rushmore, call our Customer Service Department at 888-504-6700, Monday through Thursday, 6 a.m. to 7 p.m., Friday 6 a.m. to 6 p.m. Pacific. Please have your new loan number shown above available when calling.
>
> Rushmore offers several convenient ways to make your monthly payment. You can make your payment by phone at 888-504-6700 or through our website at www.rushmorelm.com. Click on the upper banner called **ACCOUNT LOGIN** and you can make a Payment or sign-up for **Auto Draft Payments.** Rushmore highly recommends this option, as it helps prevent you being late on any of your very important mortgage payments. For a small fee you can also utilize Western Union Quick Collect **(Code City: Rushmore Code State: CA).**

Rushmore Loan Management Services LLC requests that you make every effort to remit your monthly payments on the contractual due date shown on the note and your payment coupon. Late charges may be assessed on payments not made on time.

If you wish to speak with a Housing Counseling Agency certified by the U.S. Department of Housing and Urban Development (HUD), please call the following toll-free number: (800) 569-4287.

Please review the attached statement of your debt. Please keep this letter with your records as an informational reference. If we can be of assistance in any way, please don't hesitate to contact us.

Sincerely,
Rushmore Loan Management Services LLC
Loan Servicing Department

**LEGAL NOTIFICATION:** *Rushmore Loan Management Services LLC may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.*

**Notice of Error Resolution & Information Request Procedures**

The following outlines the Error Resolution and Information Request Procedures for your mortgage account at Rushmore Loan Management Services LLC. (RLMS). Please keep this document for your records.

If you think an error has occurred on your mortgage account or if you need specific information about the servicing of your loan, please write us at:

<u>**Rushmore Loan Management Services LLC**</u>
**P.O. Box 52262**
**Irvine, California 92619-2262**

All written requests for information or notices of error should contain the following information:

1. Your name
2. Account number
3. Property Address
4. Description of the error and explanation as to why you believe it is an error OR a request for specific information regarding the servicing of your loan
5. Current contact information so we may follow up with you

All written requests for specific information will be handled within 30 days of receipt. We will determine whether an error occurred within 30 days after receiving your notice of error and will correct any error promptly (Notices of error on payoff statements will be handled within 7 days). If additional time is needed to investigate your complaint or request, we may take up to 45 days but we will notify you of the extension within the original 30 days. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**Please keep this document for your records.**