**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 12-23634-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

Dana Wittman
630 Grimes Street
Sewickley PA 15143

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/14/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 9: Green Tree Servicing LLC, PO BOX 0049, Palatine, IL 60055-0049, Telephone # 888-298-7785 | Wilmington Savings Fund Society, FSB, PO Box 52708, Irvine, CA 92619-2708 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    10/16/16

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-23634-CMB
Dana Wittman                                                              Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy          Page 1 of 1          Date Rcvd: Oct 14, 2016
                              Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13859998       +E-mail/Text: bankruptcy.bnc@ditech.com Oct 15 2016 01:40:08      Green Tree Servicing LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
                                                                                             TOTAL: 1

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2016 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    Bank of America, N.A., et al...
       agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Ann E. Swartz    on behalf of Creditor    Everbank ecfmail@mwc-law.com
      Celine P. DerKrikorian    on behalf of Creditor    Everbank ecfmail@mwc-law.com
      Gary William Short    on behalf of Debtor Dana  Wittman garyshortlegal@gmail.com,
       gwshort@verizon.net
      Gregory  Javardian    on behalf of Creditor    Bank of America, N.A. greg@javardianlaw.com,
       mary@javardianlaw.com;tami@javardianlaw.com
      Jill  Manuel-Coughlin    on behalf of Creditor    Bank of America, N.A. jill@pkjllc.com,
       chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
      Joseph P. Schalk    on behalf of Creditor    DITECH FINANCIAL LLC, Et al pawb@fedphe.com,
       joseph.schalk@phelanhallinan.com
      Kevin T. McQuail    on behalf of Creditor    Everbank ecfmail@mwc-law.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
      Richard M. Squire    on behalf of Creditor    Wilmington Savings Fund Society, FSB,
       lcolwell@squirelaw.com,    kdiskin@squirelaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                         TOTAL: 12