Form 410

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Dana Wittman**
    Debtor(s)

Bankruptcy Case No.: 12–23634–CMB
Related to Dkt. No. 107
Chapter: 13
Docket No.: 108 – 107
Concil. Conf.: January 26, 2017 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **December 12, 2016,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **December 27, 2016,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 26, 2017** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: October 26, 2016

                                                                   Carlota M. Bohm
                                                                   United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania

In re:                                                      Case No. 12-23634-CMB
Dana Wittman                                                Chapter 13
        Debtor                  CERTIFICATE OF NOTICE

District/off: 0315-2         User: jhel               Page 1 of 2         Date Rcvd: Oct 26, 2016
                             Form ID: 410             Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2016.
db             +Dana Wittman,    630 Grimes Street,    Sewickley, PA 15143-1472
13432156       +AES/PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13426787        American Educational Services,    P.O. Box 2461,    Harrisburg, PA  17105-2461
13426788       +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
13426790       +Bank Of America, N.A.,     450 American Street, #SV416,    Simi Valley, CA 93065-6285
13610936       +Bank of America, N.A.,    c/of KML Law Group P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13478156       +Bank of America, N.A.,    Bankruptcy Department,    Mail Stop TX2-982-03-03,
                 7105 Corporate Drive,    Plano, TX 75024-4100
13491880        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13426794       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court: Columbia Gas of Pennsylvania,    200 Civic Center Drive,   11th Floor,
                 Columbus OH 43215)
13426791        Citibank (South Dakota), N.A.,    701 E. 60th St. N,    Sioux Falls, SD  57104-0493
13426792       +Citicards CBNA,    701 E. 60th Street North,    Sioux Falls, SD 57104-0432
13436002       +Department Stores National Bank/Macy’s,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13507487        ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
13426796       +Edgeworth Water Authority,    313 Beaver Rd,    Sewickley, PA 15143-1001
13678516       +Everbank,    301 West Bay Street,    Jacksonville, FL 32202-5180
13426800       +Macy’s,    P.O. Box 8218,    Mason, OH 45040-8218
14306662        Wilmington Savings Fund Society, FSB,,    PO Box 52708,    Irvine, CA 92619-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: bankruptcy.bnc@ditech.com Oct 27 2016 01:27:55     GREEN TREE SERVICING LLC,
                 PO BOX 0049,    PALATINE, IL  60055-0049
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 27 2016 01:57:27
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX  77210-4457
13426786       +E-mail/Text: girddb@aessuccess.org Oct 27 2016 01:27:58     American Educational Services,
                 1200 N. 7th Street,    Harrisburg, PA 17102-1419
13477721       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 27 2016 01:28:25     Asset Acceptance LLC,
                 Po Box 2036,    Warren MI 48090-2036
13426789       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 27 2016 01:28:25     Asset Acceptance, LLC,
                 P.O. Box 1630,    Warren, MI 48090-1630
13426793       +E-mail/Text: cduncan@clarionfcu.org Oct 27 2016 01:28:00     Clarion Federal Credit Union,
                 1062 E. Wood Street,    Clarion, PA 16214-1706
13426795       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Oct 27 2016 01:29:08     Duquesne Light Co.,
                 Payment Processing Center,    Pittsburgh, PA 15267-0001
13476586       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Oct 27 2016 01:29:09     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13426798       +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2016 01:53:56     GE Money Bank / Lowes,
                 P.O. Box 965005,    Orlando, FL 32896-5005
13859998       +E-mail/Text: bankruptcy.bnc@ditech.com Oct 27 2016 01:27:55     Green Tree Servicing LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
13437735       +E-mail/Text: bankruptcy@huntington.com Oct 27 2016 01:28:28     Huntington National Bank,
                 P O Box 89424,    Cleveland OH 44101-6424
13426799       +E-mail/Text: bankruptcy@huntington.com Oct 27 2016 01:28:28     Huntington National Bank,
                 P.O. Box 1558,    Columbus, OH 43216-1558
13508081        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 27 2016 01:54:00
                 LVNV Funding, LLC its successors and assigns as,    assignee of OSI,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13537290        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 27 2016 01:54:27     Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,    Houston, TX  77210-4457
13426801       +E-mail/Text: nhc@nhchome.com Oct 27 2016 01:27:45     National Hospital Collections,
                 P.O. Box 699,    Morgantown, WV 26507-0699
13439917        E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2016 01:57:06     Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13426802       +E-mail/PDF: pa_dc_claims@navient.com Oct 27 2016 01:55:27     Sallie Mae,    11100 USA Parkway,
                 Fishers, IN 46037-9203
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bank of America, N.A.
cr             Bank of America, N.A., et al...
cr             DITECH FINANCIAL LLC, Et al
cr             Duquesne Light Company
cr             Everbank,    McCabe, Weisberg & Conway, P.C.
cr             WILMINGTON SAVINGS FUND SOCIETY, FSB
cr             Wilmington Savings Fund Society, FSB,
```

```
District/off: 0315-2          User: jhel              Page 2 of 2               Date Rcvd: Oct 26, 2016
                              Form ID: 410            Total Noticed: 34

cr*             ECMC,   P.O. Box 16408,   St. Paul, MN  55116-0408
13426797        ##+Equitable Ascent Financial,   1120 W. Lake Cook Road, Suite A-403,
                 Buffalo Grove, IL 60089-1970
                                                                                           TOTALS: 7, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2016 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    Bank of America, N.A., et al...
           agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Ann E. Swartz    on behalf of Creditor    Everbank ecfmail@mwc-law.com
          Celine P. DerKrikorian    on behalf of Creditor    Everbank ecfmail@mwc-law.com
          Gary William Short    on behalf of Debtor Dana  Wittman garyshortlegal@gmail.com,
           gwshort@verizon.net
          Gregory Javardian    on behalf of Creditor    Bank of America, N.A. greg@javardianlaw.com,
           mary@javardianlaw.com;tami@javardianlaw.com
          Jill Manuel-Coughlin    on behalf of Creditor    Bank of America, N.A. jill@pkjllc.com,
           chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
          Joseph P. Schalk    on behalf of Creditor    DITECH FINANCIAL LLC, Et al pawb@fedphe.com,
           joseph.schalk@phelanhallinan.com
          Kevin T. McQuail    on behalf of Creditor    Everbank ecfmail@mwc-law.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Richard M. Squire    on behalf of Creditor    Wilmington Savings Fund Society, FSB,
           lcolwell@squirelaw.com,   kdiskin@squirelaw.com
          Richard M. Squire    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB
           lcolwell@squirelaw.com,   kdiskin@squirelaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 13
```