Declaration to COD Wittman

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Dana Wittman, | ) | |
| Debtor, | ) | **Case No. 12-23634 CMB** |
| Ronda J. Winnecour, Trustee, | ) | **Chapter 13** |
| Movant, | ) | **Docket No. ____** |
| vs. | ) | **Related to Docket No. 107-108** |
| Dana Wittman, | ) | **Hearing Date and Time:** |
| Respondent. | ) | **January 26, 2017 at 10:00 a.m.** |

## DECLARATION UNDER PENALTY OF
## PERJURY IN RESPONSE TO TRUSTEE'S
## CERTIFICATE OF DEFAULT

I (We), Dana Wittman, hereby declare under penalty of perjury that the statements set forth below in this Declaration and Exhibits are true and correct to the best of my (our) knowledge or information and belief and that I (we) understand this statement and verification is made subject to the penalties of 18 Pa.C.S. Sec. 4904 relating to unsworn falsification to authorities, which provides that if I (we) make knowingly false averments, I (we) may be subject to criminal penalties.

1.    The reason for my (our) default under my plan is that I was unemployed for about eight months. Unemployment compensation lasted six months. Once working I had to catch up on living expenses such as utilities. I should be able to remain current from now on.

2.    My (Our) current address is 630 Grimes Street, Sewickley, PA 15143.

3.    Attached hereto as Exhibit "A" is documentary proof of my most recent payment to the Chapter 13 Trustee which was paid after the day the Trustee filed the Certificate of Default.

Date: December 12, 2016                    /s/Dana Wittman
                                          Dana Wittman



EXHIBIT "A"

SL Trustee Payment

**Gary W. Short**
*Attorney At Law*
**212 Windgap Road**
**Pittsburgh, PA 15237**

Telephone  (412)  765-0100
Facsimile   (412)  536-3977

garyshortlegal@gmail.com
garyshortlaw.com

*December 12*, 20 *16*

Ronda J. Winnecour
P.O. Box 84051
Chicago, IL 60689-4002

Re:    Debtor(s): *Dana Wittman*

Chapter 13 Case No.: *12-23634 CMB*

Dear Ms. Winnecour:

Please find enclosed *3* ☑money order, ☐treasurer's check, or ☐cashier's check in the amount of $ *2809⁰⁰* for the Chapter 13 plan of the above named debtor(s).  If you have any questions, please contact my office.

Sincerely,

/s/ Gary W. Short
Gary W. Short

GWS/ws

Enclosure

12/12/2016                                                        13Network

Print Page   Printer Friendly

## FINANCIAL SUMMARY - CASE 12-23634

DANA WITTMAN paying **$1,658.00** MONTHLY

| Receipts | Rcpts/Deb Refunds | Disbursements | Adjustments | Trustee Disb | Trustee Adj | Show All |
|---|---|---|---|---|---|---|

Limits: Select Start Date ▼   Select Claim ID ▼   Select Payee Name ▼   Check Status: Cleared Stale Dated Stop Payment Cancelled Voided Outstanding

| Date | Payee | Payee Name | Source / Check | Description | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| 11/7/2016 | | | 19589082568 10-24-16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $715.00 | | |
| 10/20/2016 | | | 89082535 10/17/16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | | |
| 10/4/2016 | | | 89081793 9/30/16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | | |
| 9/19/2016 | | | 24643707 9/15/16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $904.50 | | |
| 1/27/2016 | | | 215392 1-19-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 1/4/2016 | | | 212472 12/22/15 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 12/14/2015 | | | 211008 12-9-15 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 12/1/2015 | | | 209357 11-24-15 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 11/13/2015 | | | 207673 11/9/15 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 11/3/2015 | | | 206081 10-28-15 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 10/19/2015 | | | 204659 10/14/15 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 10/5/2015 | | | 202730 9/29/15 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 10/1/2015 | | | 201819 9/16/15 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 9/8/2015 | | | 200091 9-2-15 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 8/24/2015 | | | 198798 8-19-15 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 8/10/2015 | | | 197382 8-5-15 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 7/27/2015 | | | 195545 7-22-15 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 7/13/2015 | | | 193938 7/8/15 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 7/1/2015 | | | 192021 6-23-15 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 6/15/2015 | | | 190937 6/10/15 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 6/1/2015 | | | 189192 5/28/15 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 5/18/2015 | | | 187627 5/13/15 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 5/4/2015 | | | 185590 4/29/15 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 4/20/2015 | | | 183866 4-15-15 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 4/7/2015 | | | 182089 4/1/15 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 3/23/2015 | | | 180868 3-18-15 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 3/9/2015 | | | 179461 3/4/15 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 2/24/2015 | | | 177741 2-19-15 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 2/9/2015 | | | 176476 2-4-15 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 1/26/2015 | | | 174877 1-21-15 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 1/12/2015 | | | 173668 1-7-15 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 12/29/2014 | | | 172129 12/23/14 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 12/15/2014 | | | 171059 12/10/14 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 12/4/2014 | | | 169653 11-26-14 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 11/17/2014 | | | 168280 11-12-14 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 11/3/2014 | | | 166670 10/29/14 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 10/20/2014 | | | 165349 10/15/14 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 10/8/2014 | | | 163643 10-1-14 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 9/22/2014 | | | 162165 9-16-14 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 9/9/2014 | | | 161149 9-4-14 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 8/26/2014 | | | 159558 8-20-14 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 8/12/2014 | | | 158150 8-6-14 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 7/28/2014 | | | 156360 7/22/14 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 7/16/2014 | | | 155319 7-9-14 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 7/1/2014 | | | 153884 6/25/14 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 6/17/2014 | | | 152374 6-11-14 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 6/3/2014 | | | 150658 5-28-14 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 5/20/2014 | | | 149467 5-14-14 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 5/6/2014 | | | 147694 4-30-14 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 4/22/2014 | | | 146163 4/16/14 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 4/8/2014 | | | 144860 4/2/14 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 4/1/2014 | | | 86226565 3/22/14 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $848.00 | | |
| 4/1/2014 | | | 63393327 11/2/14 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $304.00 | | |
| 3/25/2014 | | | 143220 3/19/14 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |
| 3/12/2014 | | | 141783 3-6-14 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $646.15 | | |

12/12/2016                                        13Network

| | | | | | |
|---|---|---|---|---|---|
| 10/22/2013 | | 3393147 10-12-13 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | |
| 10/22/2013 | | 3393158 10-12-13 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $152.00 | |
| 10/22/2013 | | 3396040 8-29-13 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | |
| 10/22/2013 | | 3396051 8-29-13 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $152.00 | |
| 8/12/2013 | | 63394780 8/3/13 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $304.00 | |
| 8/12/2013 | | 63394778 8/3/13 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | |
| 8/12/2013 | | 63388671 8/1/13 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | |
| 4/11/2013 | | 63387308 3/30/13 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | |
| 4/11/2013 | | 63387297 3/30/13 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | |
| 4/11/2013 | | 63387310 3/30/13 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $304.00 | |
| 3/11/2013 | | 20363382797 2-26-13 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $152.00 | |
| 3/11/2013 | | 20363382786 2-16-13 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | |
| 3/11/2013 | | 20363379456 2-23-13 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $152.00 | |
| 3/11/2013 | | 20363379467 2-23-13 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | |
| 1/29/2013 | | 20363381548 1-14-13 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $75.00 | |
| 1/29/2013 | | 20363381537 1-14-13 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | |
| 12/19/2012 | | 20363378512 12-14-12 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $75.00 | |
| 12/19/2012 | | 20363378501 12-14-12 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | |
| 10/16/2012 | | 20366663591 10-11-12 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $75.00 | |
| 10/16/2012 | | 20366663580 10-11-12 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | |
| 9/17/2012 | | 19502144875 7-27-12 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | |
| 9/17/2012 | | 19502144910 7-27-12 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $75.00 | |
| 8/14/2012 | | 2144886 7-27-12 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | |
| 8/14/2012 | | 2144897 7-27-12 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $75.00 | |
| | | | Totals: | $51,023.85 | $0.00 |