Form 237

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Dana Wittman** : Case No. 12−23634−CMB
  *Debtor(s)* : Chapter: 13
 :
Bank of America, N.A. :
  *Movant,* :
 : Related to Claim No. 8
  v. :
Dana Wittman :
Ronda J. Winnecour, Esq., Trustee :
  *Respondent.* :
 :
 :
 :
 :
 :
 :
 :

## ORDER

      **AND NOW**, this **13th day of December, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Bank of America, N.A.* at Claim No. 8 in the above−captioned bankruptcy case,

      It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

      *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Dana Wittman  
    Debtor

Case No. 12-23634-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: culy        Page 1 of 1        Date Rcvd: Dec 13, 2016  
                           Form ID: 237        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2016.  
db        +Dana Wittman,   630 Grimes Street,   Sewickley, PA 15143-1472  
          +Bank of America, N.A.,   16001 N. Dallas Pkwy,   Addison, TX 75001-3311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2016                                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2016 at the address(es) listed below:  
          Andrew F Gornall   on behalf of Creditor   Bank of America, N.A., et al...  
           agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
          Ann E. Swartz   on behalf of Creditor   Everbank ecfmail@mwc-law.com  
          Celine P. DerKrikorian   on behalf of Creditor   Everbank ecfmail@mwc-law.com  
          Gary William Short   on behalf of Debtor Dana Wittman garyshortlegal@gmail.com,  
           gwshort@verizon.net  
          Gregory Javardian   on behalf of Creditor   Bank of America, N.A. greg@javardianlaw.com,  
           mary@javardianlaw.com;tami@javardianlaw.com  
          Jill Manuel-Coughlin   on behalf of Creditor   Bank of America, N.A. jill@pkjllc.com,  
           chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com  
          Joseph P. Schalk   on behalf of Creditor   DITECH FINANCIAL LLC, Et al pawb@fedphe.com,  
           joseph.schalk@phelanhallinan.com  
          Kevin T. McQuail   on behalf of Creditor   Everbank ecfmail@mwc-law.com  
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
          Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,  
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
          Richard M. Squire   on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB  
           lcolwell@squirelaw.com,   kdiskin@squirelaw.com  
          Richard M. Squire   on behalf of Creditor   Wilmington Savings Fund Society, FSB,  
           lcolwell@squirelaw.com,   kdiskin@squirelaw.com  
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
                                                                                            TOTAL: 13