# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

| | | |
|---|---|---|
| **Debtor:** | DANA WITTMAN | |
| **Case Number:** | 12-23634-CMB | **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JANUARY 26, 2017 10:00 AM   3251 US STEEL | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | |

FILED
2/1/17 3:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## *Matter:*

#107 - Trustee's Certificate of Default to Dismiss
   +Response by Debtor
R / M #:  107 / 0

## *Appearances:*

Debtor: *Short*
Trustee: Winnecour / **Bedford** / Pail / Katz

Creditor:

## *Proceedings:*

Outcome: **The Trustee's certificate of default, requesting dismissal, is withdrawn.**

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ___ ⌐ The plan payment/term is increased/extended to _____, effective _____.
7.    ___ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other: