**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Dana Wittman | : Chapter 13 |
| and | : Bankruptcy No.12-23634 |
|      Debtor(s) | : |
| | : 11 U.S.C. § 362 |

MTGLQ Investors, LP

                              Movant   Hearing Time and Date
                                             April 12, 2017 @ 10:00 a.m.

                vs.

Dana Wittman
and

                            Debtor(s)  Objections due by:
           and
Ronda J. Winnecour, Esquire                  Docket# _____117_____
                                        Trustee  Related to Doc# 117
                  RESPONDENTS

**NOTICE OF HEARING WITH RESPONSE DEADLINE**
**ON MOTION OF MTGLQ INVESTORS, LP**
**FOR RELIEF FROM THE AUTOMATIC STAY**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than  3/27/17, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules Of Bankruptcy Procedure, Local Rules And Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on April 12, 2017 at 10:00 a.m.,  before Judge **Carlota M. Bohm**  in Courtroom B on the 54th floor of the U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Respectfully submitted,

  /s/ Richard M. Squire

Richard M. Squire, Esquire

Richard M. Squire & Assoc., LLC

One Jenkintown Station

115 West Avenue, Suite 104

Jenkintown, PA 19046

(215) 886-8790

(215) 886-8791 (fax)

rsquire@squirelaw.com (email)

Dated: _3/10/17_____