Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | **DANA WITTMAN** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number: | **12-23634CMB** |

## Form 4100N
# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1:    Mortgage Information

**Name of creditor:**    BANK OF AMERICA**

**Court claim no.**  (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account    1  7  9  5

**Property Address:**    630 GRIMES ST
SEWICKLEY PA 15143

## Part 2:    Cure Amount

| Total cure disbursements made by the trustee: | | Amount |
|---|---|---|
| a.  Allowed prepetition arrearage: | (a) | $          827.50 |
| b.  Prepetition arrearage paid by the trustee : | (b) | $          827.50 |
| c.  Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) | $          350.00 |
| d.  Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) | $          350.00 |
| e.  Allowed postpetition arrearage: | (e) | $              0.00 |
| f.  Postpetition arrearage paid by the trustee : | + (f) | $              0.00 |
| g.  **Total.** Add lines b, d, and f. | (g) | $        1,177.50 |

## Part 3:    Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee .

  Current monthly mortgage payment                                                          $          $861.72

  The next postpetition payment is due on    10 / 1 / 2017
                                                              MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **DANA WITTMAN** | Case number *(if known)* | **12-23634CMB** |
|---|---|---|---|
| | Name | | |

| **Part 4:** | **A Response Is Required By Bankruptcy Rule 3002.1(g)** |
|---|---|

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

✖ /s/ Ronda J. Winnecour                             Date   10/11/2017
Signature

| Trustee | Ronda J. Winnecour |
|---|---|

| Address | CHAPTER 13 TRUSTEE WD PA |
|---|---|
| | 600 GRANT STREET |
| | SUITE 3250 US STEEL TWR |
| | PITTSBURGH, PA  15219 |

Contact phone  (412) 471-5566                    Email   cmecf@chapter13trusteewdpa.com

| Debtor 1 | **DANA WITTMAN** | | Case number *(if known)* | **12-23634CMB** |
|---|---|---|---|---|
| | Name | | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 09/29/2014 | 0909979 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 827.50 |
| | | | | 827.50 |
| | | | | |
| **Post Petition Claim (1305) (Part 2 (d))** | | | | |
| 09/29/2014 | 0909979 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 350.00 |
| | | | | 350.00 |
| | | | | |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 10/29/2012 | 0815395 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,558.63 |
| 11/27/2012 | 0819550 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 903.09 |
| 12/21/2012 | 0823589 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 245.51 |
| 01/29/2013 | 0827699 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 910.30 |
| 03/26/2013 | 0836148 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 909.38 |
| 04/24/2013 | 0840232 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,948.42 |
| 05/23/2013 | 0844396 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,947.81 |
| 09/26/2013 | 0861805 | EVERBANK* | AMOUNTS DISBURSED TO CREDITOR | 2,011.77 |
| 11/22/2013 | 0869987 | EVERBANK* | AMOUNTS DISBURSED TO CREDITOR | 2,061.13 |
| 03/25/2014 | 0886231 | EVERBANK* | AMOUNTS DISBURSED TO CREDITOR | 598.03 |
| 04/25/2014 | 0890305 | EVERBANK(*) | AMOUNTS DISBURSED TO CREDITOR | 1,800.10 |
| 05/28/2014 | 0894450 | EVERBANK(*) | AMOUNTS DISBURSED TO CREDITOR | 2,279.94 |
| 06/05/2014 | | BANK OF AMERICA(*) | REALLOCATION OF CONTINUING DEBT | -8,750.97 |
| 06/25/2014 | 0897733 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,211.07 |
| 07/24/2014 | 0901832 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,216.14 |
| 08/26/2014 | 0905929 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,220.66 |
| 09/29/2014 | 0909979 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 5,930.88 |
| 10/29/2014 | 0914145 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 964.34 |
| 11/24/2014 | 0918172 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 964.34 |
| 12/22/2014 | 0922830 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 964.34 |
| 01/27/2015 | 0926798 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 964.34 |
| 02/24/2015 | 0930989 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 964.34 |
| 03/26/2015 | 0935007 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 6,684.78 |
| 04/24/2015 | 0939153 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,245.78 |
| 05/26/2015 | 0943321 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,245.78 |
| 06/23/2015 | 0947335 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,254.82 |
| 07/28/2015 | 0951293 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 1,254.82 |
| 08/26/2015 | 0955401 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 1,244.48 |
| 09/28/2015 | 0959388 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 1,234.14 |
| 10/26/2015 | 0963264 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 1,858.98 |
| 11/24/2015 | 0967373 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 1,192.64 |
| 01/26/2016 | 0975468 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 1,392.13 |
| 02/24/2016 | 0979476 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 913.38 |
| 03/28/2016 | 0983412 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 219.81 |
| 11/21/2016 | 1019725 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 1,279.03 |
| 12/21/2016 | 1022979 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 682.11 |
| 01/27/2017 | 1026361 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 2,679.79 |
| 02/24/2017 | 1029856 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 1,914.00 |
| 03/28/2017 | 1033227 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 1,914.00 |
| 04/21/2017 | 1036618 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 1,914.00 |
| 05/25/2017 | 1039867 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 957.00 |
| 06/27/2017 | 1043212 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 1,955.70 |
| 07/25/2017 | 1046569 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 1,908.00 |
| 09/26/2017 | 1053215 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 969.18 |
| | | | | 58,737.94 |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

DANA WITTMAN
630 GRIMES STREET
SEWICKLEY, PA  15143

GARY W SHORT ESQ
212 WINDGAP RD
PITTSBURGH, PA  15237

BANK OF AMERICA**
RETAIL PAYMENT SERVICES
PO BOX 660933
DALLAS, TX  75266-0933

CHAPTER 13 BANKRUPTCY NOTICING
400 NATIONAL WAY
MS CA6-919-01-23
SIMI VALLEY, CA  93065

JAMES C WARMBRODT ESQ
KML LAW GROUP PC
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106

10/11/17                                    /s/ Renee Ward
                                            _____
                                            Administrative Assistant
                                            Office of the Chapter 13 Trustee