**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Dana Wittman**
Debtor(s)

Bankruptcy Case No.: 12−23634−CMB

Chapter: 13
Docket No.: 130 − 129

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this 27th day of October, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 12/11/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/20/17 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **12/11/17.**

                                                      Carlota M. Bohm
                                                      United States Bankruptcy Judge

cm: **All Parties**

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                                    Case No. 12-23634-CMB
Dana Wittman                                                                              Chapter 13
           Debtor
                                         CERTIFICATE OF NOTICE
District/off: 0315-2           User: dric                  Page 1 of 2                    Date Rcvd: Oct 27, 2017
                               Form ID: 408                Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2017.
db             +Dana Wittman,    630 Grimes Street,    Sewickley, PA 15143-1472
13432156       +AES/PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13426787        American Educational Services,    P.O. Box 2461,    Harrisburg, PA 17105-2461
13426788       +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
13426790       +Bank Of America, N.A.,    450 American Street, #SV416,    Simi Valley, CA 93065-6285
13610936       +Bank of America, N.A.,    c/of KML Law Group P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13478156       +Bank of America, N.A.,    Bankruptcy Department,    Mail Stop TX2-982-03-03,
                 7105 Corporate Drive,    Plano, TX 75024-4100
13491880        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13426794       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas of Pennsylvania,     200 Civic Center Drive,    11th Floor,
                 Columbus OH 43215)
13426791        Citibank (South Dakota), N.A.,    701 E. 60th St. N,    Sioux Falls, SD 57104-0493
13426792       +Citicards CBNA,    701 E. 60th Street North,    Sioux Falls, SD 57104-0432
13436002       +Department Stores National Bank/Macy’s,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13507487        ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13426796       +Edgeworth Water Authority,    313 Beaver Rd,    Sewickley, PA 15143-1001
13678516       +Everbank,    301 West Bay Street,    Jacksonville, FL 32202-5180
13426800       +Macy’s,    P.O. Box 8218,    Mason, OH 45040-8218
14306662        Wilmington Savings Fund Society, FSB,,    PO Box 52708,    Irvine, CA 92619-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: bankruptcy.bnc@ditech.com Oct 28 2017 01:39:53     GREEN TREE SERVICING LLC,
                 PO BOX 0049,    PALATINE, IL 60055-0049
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 28 2017 01:41:32
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX 77210-4457
13426786       +E-mail/Text: girddb@aessuccess.org Oct 28 2017 01:39:56     American Educational Services,
                 1200 N. 7th Street,    Harrisburg, PA 17102-1419
13477721       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 28 2017 01:40:08     Asset Acceptance LLC,
                 Po Box 2036,    Warren MI 48090-2036
13426789       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 28 2017 01:40:08     Asset Acceptance, LLC,
                 P.O. Box 1630,    Warren, MI 48090-1630
13426793       +E-mail/Text: cduncan@clarionfcu.org Oct 28 2017 01:40:00     Clarion Federal Credit Union,
                 1062 E. Wood Street,    Clarion, PA 16214-1706
13426795       +E-mail/Text: kburkley@bernsteinlaw.com Oct 28 2017 01:40:48     Duquesne Light Co.,
                 Payment Processing Center,    Pittsburgh, PA 15267-0001
13476586       +E-mail/Text: kburkley@bernsteinlaw.com Oct 28 2017 01:40:48     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13426798       +E-mail/PDF: gecsedi@recoverycorp.com Oct 28 2017 01:41:21     GE Money Bank / Lowes,
                 P.O. Box 965005,    Orlando, FL 32896-5005
13859998       +E-mail/Text: bankruptcy.bnc@ditech.com Oct 28 2017 01:39:53     Green Tree Servicing LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
13437735       +E-mail/Text: bankruptcy@huntington.com Oct 28 2017 01:40:08     Huntington National Bank,
                 P O Box 89424,    Cleveland OH 44101-6424
13426799       +E-mail/Text: bankruptcy@huntington.com Oct 28 2017 01:40:08     Huntington National Bank,
                 P.O. Box 1558,    Columbus, OH 43216-1558
13508081        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 28 2017 01:41:30
                 LVNV Funding, LLC its successors and assigns as,     assignee of OSI,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13537290        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 28 2017 01:42:22     Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,    Houston, TX 77210-4457
13426801       +E-mail/Text: nhc@nhchome.com Oct 28 2017 01:39:35     National Hospital Collections,
                 P.O. Box 699,    Morgantown, WV 26507-0699
13439917        E-mail/PDF: rmscedi@recoverycorp.com Oct 28 2017 01:42:17     Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13426802       +E-mail/PDF: pa_dc_claims@navient.com Oct 28 2017 01:41:52     Sallie Mae,   11100 USA Parkway,
                 Fishers, IN 46037-9203
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bank of America, N.A.
cr             Bank of America, N.A., et al...
cr             DITECH FINANCIAL LLC, Et al
cr             Duquesne Light Company
cr             Everbank,   McCabe, Weisberg & Conway, P.C.
cr             MTGLQ Investors, LP
cr             WILMINGTON SAVINGS FUND SOCIETY, FSB
cr             Wilmington Savings Fund Society, FSB,
```

```
District/off: 0315-2          User: dric              Page 2 of 2                Date Rcvd: Oct 27, 2017
                              Form ID: 408            Total Noticed: 34

cr*             ECMC,   P.O. Box 16408,   St. Paul, MN  55116-0408
13426797      ##+Equitable Ascent Financial,    1120 W. Lake Cook Road, Suite A-403,
                Buffalo Grove, IL 60089-1970
                                                                                          TOTALS: 8, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    Bank of America, N.A., et al...
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    Everbank ecfmail@mwc-law.com
              Celine P. DerKrikorian    on behalf of Creditor    Everbank ecfmail@mwc-law.com
              Gary William Short    on behalf of Debtor Dana   Wittman garyshortlegal@gmail.com,
               gwshort@verizon.net
              Gregory Javardian    on behalf of Creditor    Bank of America, N.A. greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              James   Warmbrodt    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com
              Jill   Manuel-Coughlin    on behalf of Creditor    Bank of America, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Joseph P. Schalk    on behalf of Creditor    DITECH FINANCIAL LLC, Et al jschalk@barley.com,
               sromig@barley.com
              Kevin T. McQuail    on behalf of Creditor    Everbank ecfmail@mwc-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Richard M. Squire    on behalf of Creditor    Wilmington Savings Fund Society, FSB,
               lcolwell@squirelaw.com,   kdiskin@squirelaw.com
              Richard M. Squire    on behalf of Creditor    MTGLQ Investors, LP lcolwell@squirelaw.com,
               kdiskin@squirelaw.com
              Richard M. Squire    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB
               lcolwell@squirelaw.com,   kdiskin@squirelaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 15
```