**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DANA WITTMAN<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Repondents. | Case No.:12-23634<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 25, 2017

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/19/2012 and confirmed on 9/4/12 . The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 67,882.85 |
| Less Refunds to Debtor | 561.62 | |
| TOTAL AMOUNT OF PLAN FUND | | 67,321.23 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 2,549.59 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,049.59 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY I | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5492 | | | | |
|   BANK OF AMERICA** | 0.00 | 58,737.94 | 0.00 | 58,737.94 |
|     Acct: 1795 | | | | |
|   EVERBANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BANK OF AMERICA** | 827.50 | 827.50 | 0.00 | 827.50 |
|     Acct: 1795 | | | | |
| | | | | 59,565.44 |
| **Priority** | | | | |
|   GARY W SHORT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANA WITTMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANA WITTMAN | 561.62 | 561.62 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SCHUCHARDT LAW FIRM | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ELLIOTT J SCHUCHARDT ESQ | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GARY W SHORT ESQ | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLERK, U S BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXX-JKF | | | | |
|   BANK OF AMERICA** | 350.00 | 350.00 | 0.00 | 350.00 |
|     Acct: 1795 | | | | |
| | | | | 350.00 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 69.26 | 1.54 | 0.00 | 1.54 |
|     Acct: 6005 | | | | |
|   ECMC(*) | 32,100.18 | 711.66 | 0.00 | 711.66 |
|     Acct: 1198 | | | | |
|   AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: ? | | | | |
| ASSET ACCEPTANCE LLC ASSIGNEE CIT | 13,313.75 | 295.17 | 0.00 | 295.17 |
| Acct: 9729 | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CLARION FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| COLUMBIA GAS OF PA INC(*) | 137.45 | 3.05 | 0.00 | 3.05 |
| Acct: 0025 | | | | |
| EDGEWORTH MUNICIPAL AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| MIDLAND FUNDING LLC BY AMERICAN IN | 3,057.71 | 67.79 | 0.00 | 67.79 |
| Acct: 5640 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 12,039.05 | 266.91 | 0.00 | 266.91 |
| Acct: 9827 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 251.51 | 5.58 | 0.00 | 5.58 |
| Acct: 1883 | | | | |
| NATIONAL HOSPITAL COLLECTIONS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 202.86 | 4.50 | 0.00 | 4.50 |
| Acct: 4425 | | | | |
| ANDREW L SPIVACK ESQ FOR JOSEPH F | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RICHARD M SQUIRE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,356.20 |

TOTAL PAID TO CREDITORS                                                                 61,271.64

TOTAL
CLAIMED          350.00
PRIORITY         827.50
SECURED       61,171.77

Date: 10/25/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    DANA WITTMAN<br><br>                Debtor(s)<br><br>    Ronda J. Winnecour<br>            Movant<br>            vs.<br>    No Repondents. | Case No.:12-23634<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                            BY THE COURT:


                                                            _____
                                                            U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 12-23634-CMB
Dana Wittman                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric              Page 1 of 2          Date Rcvd: Oct 27, 2017
                         Form ID: pdf900         Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2017.
```
db           +Dana Wittman,    630 Grimes Street,    Sewickley, PA 15143-1472
13432156     +AES/PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13426787      American Educational Services,    P.O. Box 2461,    Harrisburg, PA  17105-2461
13426788     +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
13426790     +Bank Of America, N.A.,    450 American Street, #SV416,    Simi Valley, CA 93065-6285
13610936     +Bank of America, N.A.,    c/of KML Law Group P.C.,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
13478156     +Bank of America, N.A.,    Bankruptcy Department,    Mail Stop TX2-982-03-03,
               7105 Corporate Drive,    Plano, TX 75024-4100
13491880      Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13426794    ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
             (address filed with court: Columbia Gas of Pennsylvania,     200 Civic Center Drive,    11th Floor,
               Columbus OH 43215)
13426791      Citibank (South Dakota), N.A.,    701 E. 60th St. N,    Sioux Falls, SD  57104-0493
13426792     +Citicards CBNA,    701 E. 60th Street North,    Sioux Falls, SD 57104-0432
13436002     +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
               Mason, OH 45040-8053
13507487      ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13426796     +Edgeworth Water Authority,    313 Beaver Rd,    Sewickley, PA 15143-1001
13678516     +Everbank,    301 West Bay Street,    Jacksonville, FL 32202-5180
13426800     +Macy's,    P.O. Box 8218,    Mason, OH 45040-8218
14306662      Wilmington Savings Fund Society, FSB,,    PO Box 52708,    Irvine, CA 92619-2708
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            E-mail/Text: bankruptcy.bnc@ditech.com Oct 28 2017 01:39:53     GREEN TREE SERVICING LLC,
               PO BOX 0049,    PALATINE, IL  60055-0049
cr            E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 28 2017 01:42:22
               Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX  77210-4457
13426786     +E-mail/Text: girddb@aessuccess.org Oct 28 2017 01:39:56     American Educational Services,
               1200 N. 7th Street,    Harrisburg, PA 17102-1419
13477721     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 28 2017 01:40:08     Asset Acceptance LLC,
               Po Box 2036,    Warren MI 48090-2036
13426789     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 28 2017 01:40:08     Asset Acceptance, LLC,
               P.O. Box 1630,    Warren, MI 48090-1630
13426793     +E-mail/Text: cduncan@clarionfcu.org Oct 28 2017 01:40:01     Clarion Federal Credit Union,
               1062 E. Wood Street,    Clarion, PA 16214-1706
13426795     +E-mail/Text: kburkley@bernsteinlaw.com Oct 28 2017 01:40:50     Duquesne Light Co.,
               Payment Processing Center,    Pittsburgh, PA 15267-0001
13476586     +E-mail/Text: kburkley@bernsteinlaw.com Oct 28 2017 01:40:50     Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
               Pittsburgh, PA 15219-1908
13426798     +E-mail/PDF: gecsedi@recoverycorp.com Oct 28 2017 01:41:22     GE Money Bank / Lowes,
               P.O. Box 965005,    Orlando, FL 32896-5005
13859998     +E-mail/Text: bankruptcy.bnc@ditech.com Oct 28 2017 01:39:53     Green Tree Servicing LLC,
               PO BOX 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
13437735     +E-mail/Text: bankruptcy@huntington.com Oct 28 2017 01:40:11     Huntington National Bank,
               P O Box 89424,    Cleveland OH 44101-6424
13426799     +E-mail/Text: bankruptcy@huntington.com Oct 28 2017 01:40:11     Huntington National Bank,
               P.O. Box 1558,    Columbus, OH 43216-1558
13508081      E-mail/PDF: resurgentbknotifications@resurgent.com Oct 28 2017 01:41:31
               LVNV Funding, LLC its successors and assigns as,    assignee of OSI,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13537290      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 28 2017 01:42:22     Midland Funding LLC,
               by American InfoSource LP as agent,    PO Box 4457,    Houston, TX  77210-4457
13426801     +E-mail/Text: nhc@nhchome.com Oct 28 2017 01:39:35     National Hospital Collections,
               P.O. Box 699,    Morgantown, WV 26507-0699
13439917      E-mail/PDF: rmscedi@recoverycorp.com Oct 28 2017 01:41:28     Portfolio Investments II LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13426802     +E-mail/PDF: pa_dc_claims@navient.com Oct 28 2017 01:41:53     Sallie Mae,    11100 USA Parkway,
               Fishers, IN 46037-9203
                                                                                               TOTAL: 17
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Bank of America, N.A.
cr            Bank of America, N.A., et al...
cr            DITECH FINANCIAL LLC, Et al
cr            Duquesne Light Company
cr            Everbank,   McCabe, Weisberg & Conway, P.C.
cr            MTGLQ Investors, LP
cr            WILMINGTON SAVINGS FUND SOCIETY, FSB
cr            Wilmington Savings Fund Society, FSB,
```

```
District/off: 0315-2          User: dric              Page 2 of 2                 Date Rcvd: Oct 27, 2017
                              Form ID: pdf900         Total Noticed: 34

cr*              ECMC,    P.O. Box 16408,   St. Paul, MN   55116-0408
13426797         ##+Equitable Ascent Financial,   1120 W. Lake Cook Road, Suite A-403,
                 Buffalo Grove, IL 60089-1970
                                                                                         TOTALS: 8, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                                          Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    Bank of America, N.A., et al...
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    Everbank ecfmail@mwc-law.com
              Celine P. DerKrikorian    on behalf of Creditor    Everbank ecfmail@mwc-law.com
              Gary William Short    on behalf of Debtor Dana   Wittman garyshortlegal@gmail.com,
               gwshort@verizon.net
              Gregory Javardian    on behalf of Creditor    Bank of America, N.A. greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              James Warmbrodt    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor    Bank of America, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Joseph P. Schalk    on behalf of Creditor    DITECH FINANCIAL LLC, Et al jschalk@barley.com,
               sromig@barley.com
              Kevin T. McQuail    on behalf of Creditor    Everbank ecfmail@mwc-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Richard M. Squire    on behalf of Creditor    Wilmington Savings Fund Society, FSB,
               lcolwell@squirelaw.com,   kdiskin@squirelaw.com
              Richard M. Squire    on behalf of Creditor    MTGLQ Investors, LP lcolwell@squirelaw.com,
               kdiskin@squirelaw.com
              Richard M. Squire    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB
               lcolwell@squirelaw.com,   kdiskin@squirelaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 15
```