**Fill in this information to identify the case:**

Debtor 1: Dana Wittman

Debtor 2: N/A
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Pennsylvania

Case Number: 12-23634

## Form 4100R

### Response to Notice of Final Cure Payment                               10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of Creditor: BANK OF AMERICA, N.A.

Court claim no. (if known): 8

Last 4 digits of any number you use to identify the debtor's account: 1 7 9 5

Property Address: 630 GRIMES STREET
Number    Street

SEWICKLEY    PA    15143
City         State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[✓] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ 0.00

### Part 3: Postpetition Mortgage Payment

*Check one:*

[✓] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 12/01/2017
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                    (a) $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:               + (b) $ _____
c. **Total**. Add lines a and b.                                               (c) $ 0.00

Creditor asserts that the debtor(s) are contractually obligated
for the postpetition payment(s) that first became due on: _____
MM / DD / YYYY

Debtor 1: Dana Wittman    Case number (if known): 12-23634

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

Signature: **X** /s/ Jill Manuel-Coughlin, Esquire

Date: 10/30/2017

Print: Jill    Manuel-Coughlin, Esquire
Title: Attorney

Company: Powers, Kirn & Associates, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053

Contact Phone: 215-942-2090
Email: Jill@pkallc.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:<br>Dana Wittman<br>　　　　　　　　Debtor(s) | | Case No. 12-23634-CMB |
| BANK OF AMERICA, N.A.<br>　　　　　　　　Movant<br>　v.<br>Dana Wittman<br>　　　　　　　　Debtor(s) | | |

## CERTIFICATE OF SERVICE

　　　I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage-prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on October 30, 2017.

*Parties Served via Electronic Notification:*

Gary William Short, Esquire
212 Windgap Road
Pittsburgh, PA 15237
garyshortlegal@gmail.com
Attorney for Debtor(s)

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
Trustee

*Parties Serviced via First Class Mail:*

**/s/ Jill Manuel-Coughlin, Esquire**
POWERS, KIRN & ASSOCIATES, LLC
Jill Manuel-Coughlin, Esquire; Atty ID # 63252
Harry B. Reese, Esquire; Atty ID #310501
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
215-942-2090 phone; 215-942-8661 fax
jill@pkallc.com/ harry.reese@pkallc.com
Attorney for Movant
Dated: October 30, 2017