# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Dana Wittman<br><div align="right">Debtor(s)</div> | Case No. 12-23634-CMB |
| BANK OF AMERICA, N.A.<br><div align="right">Movant</div><br>v.<br>Dana Wittman<br><div align="right">Debtor(s)</div> | |

## AMENDED CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage-prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on November 3, 2017.

*Parties Served via Electronic Notification:*

Gary William Short, Esquire
212 Windgap Road
Pittsburgh, PA 15237
garyshortlegal@gmail.com
Attorney for Debtor(s)

Ronda J. Winnecour , Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
Trustee

*Parties Serviced via First Class Mail:*

Dana Wittman
630 Grimes Street
Sewickley, PA 15143

**/s/ Jill Manuel-Coughlin, Esquire cert**
POWERS, KIRN & ASSOCIATES, LLC
Jill Manuel-Coughlin, Esquire; Atty ID # 63252
Harry B. Reese, Esquire; Atty ID #310501
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
215-942-2090 phone; 215-942-8661 fax
jill@pkallc.com/ harry.reese@pkallc.com
Attorney for Movant
Dated: November 3, 2017