**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　DANA WITTMAN<br><br>　　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　　Movant<br>　　　　vs.<br>　No Repondents. | Case No.:12-23634<br><br>Chapter 13<br><br>]Related to Dkt. No. 129 |

ORDER OF COURT　　**BY DEFAULT**

　AND NOW, this ____13th____ day of ____December____, 20_17_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
12/13/17 1:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE　**jah**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 12-23634-CMB
Dana Wittman                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: aala              Page 1 of 2              Date Rcvd: Dec 13, 2017
                             Form ID: pdf900         Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2017.
```
db            +Dana Wittman,   630 Grimes Street,    Sewickley, PA 15143-1472
13432156      +AES/PHEAA,   PO BOX 8147,    HARRISBURG PA 17105-8147
13426787       American Educational Services,    P.O. Box 2461,    Harrisburg, PA 17105-2461
13426788      +American Express,   P.O. Box 981537,    El Paso, TX 79998-1537
13426790      +Bank Of America, N.A.,   450 American Street, #SV416,    Simi Valley, CA 93065-6285
13610936      +Bank of America, N.A.,   c/of KML Law Group P.C.,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
14726215       Bank of America, N.A.,   PO Box 31785,    Tampa, FL 33631-3785
13478156      +Bank of America, N.A.,   Bankruptcy Department,    Mail Stop TX2-982-03-03,
                7105 Corporate Drive,    Plano, TX 75024-4100
13491880       Bank of America, N.A.,   P.O. Box 660933,    Dallas, TX 75266-0933
13426794     ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
              (address filed with court: Columbia Gas of Pennsylvania,     200 Civic Center Drive,    11th Floor,
                Columbus OH 43215)
13426791       Citibank (South Dakota), N.A.,    701 E. 60th St. N,    Sioux Falls, SD 57104-0493
13426792      +Citicards CBNA,   701 E. 60th Street North,    Sioux Falls, SD 57104-0432
13436002      +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
13507487       ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
13426796      +Edgeworth Water Authority,   313 Beaver Rd,    Sewickley, PA 15143-1001
13426797      +Equitable Ascent Financial,    1120 W. Lake Cook Road, Suite A-403,
                Buffalo Grove, IL 60089-1970
13678516      +Everbank,   301 West Bay Street,    Jacksonville, FL 32202-5180
13426800      +Macy's,   P.O. Box 8218,   Mason, OH 45040-8218
14306662       Wilmington Savings Fund Society, FSB,,    PO Box 52708,    Irvine, CA 92619-2708
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             E-mail/Text: bankruptcy.bnc@ditech.com Dec 14 2017 02:00:07     GREEN TREE SERVICING LLC,
                PO BOX 0049,    PALATINE, IL 60055-0049
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 14 2017 02:08:07
                Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX 77210-4457
13426786      +E-mail/Text: girddb@aessuccess.org Dec 14 2017 02:00:12     American Educational Services,
                1200 N. 7th Street,    Harrisburg, PA 17102-1419
13477721      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 14 2017 02:00:58     Asset Acceptance LLC,
                Po Box 2036,    Warren MI 48090-2036
13426789      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 14 2017 02:00:58     Asset Acceptance, LLC,
                P.O. Box 1630,    Warren, MI 48090-1630
13426793      +E-mail/Text: cduncan@clarionfcu.org Dec 14 2017 02:00:14     Clarion Federal Credit Union,
                1062 E. Wood Street,    Clarion, PA 16214-1706
13426795      +E-mail/Text: kburkley@bernsteinlaw.com Dec 14 2017 02:01:48     Duquesne Light Co.,
                Payment Processing Center,    Pittsburgh, PA 15267-0001
13476586      +E-mail/Text: kburkley@bernsteinlaw.com Dec 14 2017 02:01:48     Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                Pittsburgh, PA 15219-1908
13426798      +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2017 02:08:32     GE Money Bank / Lowes,
                P.O. Box 965005,    Orlando, FL 32896-5005
13859998      +E-mail/Text: bankruptcy.bnc@ditech.com Dec 14 2017 02:00:07     Green Tree Servicing LLC,
                PO BOX 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
13437735      +E-mail/Text: bankruptcy@huntington.com Dec 14 2017 02:01:01     Huntington National Bank,
                P O Box 89424,    Cleveland OH 44101-6424
13426799      +E-mail/Text: bankruptcy@huntington.com Dec 14 2017 02:01:01     Huntington National Bank,
                P.O. Box 1558,    Columbus, OH 43216-1558
13508081       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 14 2017 02:08:38
                LVNV Funding, LLC its successors and assigns as,    assignee of OSI,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13537290       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 14 2017 02:08:39     Midland Funding LLC,
                by American InfoSource LP as agent,    PO Box 4457,    Houston, TX 77210-4457
13426801      +E-mail/Text: nhc@nhchome.com Dec 14 2017 01:59:53     National Hospital Collections,
                P.O. Box 699,    Morgantown, WV 26507-0699
13439917       E-mail/PDF: rmscedi@recoverycorp.com Dec 14 2017 02:08:33     Portfolio Investments II LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13426802      +E-mail/PDF: pa_dc_claims@navient.com Dec 14 2017 02:08:29     Sallie Mae,    11100 USA Parkway,
                Fishers, IN 46037-9203
                                                                                              TOTAL: 17
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr            Bank of America, N.A.
cr            Bank of America, N.A., et al...
cr            DITECH FINANCIAL LLC, Et al
cr            Duquesne Light Company
cr            Everbank,   McCabe, Weisberg & Conway, P.C.
cr            MTGLQ Investors, LP
cr            WILMINGTON SAVINGS FUND SOCIETY, FSB
cr            Wilmington Savings Fund Society, FSB,
```

```
District/off: 0315-2          User: aala                  Page 2 of 2                   Date Rcvd: Dec 13, 2017
                              Form ID: pdf900             Total Noticed: 36

cr*           ECMC,   P.O. Box 16408,   St. Paul, MN  55116-0408
                                                                                        TOTALS: 8, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Bank of America, N.A., et al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    Everbank ecfmail@mwc-law.com
              Celine P. DerKrikorian    on behalf of Creditor    Everbank ecfmail@mwc-law.com
              Gary William Short    on behalf of Debtor Dana  Wittman garyshortlegal@gmail.com,
               gwshort@verizon.net
              Gregory  Javardian    on behalf of Creditor    Bank of America, N.A. greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              James  Warmbrodt    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com
              Jill  Manuel-Coughlin    on behalf of Creditor    Bank of America, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Joseph P. Schalk    on behalf of Creditor    DITECH FINANCIAL LLC, Et al jschalk@barley.com,
               sromig@barley.com
              Kevin T. McQuail    on behalf of Creditor    Everbank ecfmail@mwc-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Richard M. Squire    on behalf of Creditor    Wilmington Savings Fund Society, FSB,
               lcolwell@squirelaw.com, kdiskin@squirelaw.com
              Richard M. Squire    on behalf of Creditor    MTGLQ Investors, LP lcolwell@squirelaw.com,
               kdiskin@squirelaw.com
              Richard M. Squire    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB
               lcolwell@squirelaw.com, kdiskin@squirelaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 15
```