**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> DANA WITTMAN <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Repondents. | Case No.:12-23634 CMB <br><br> Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 07/19/2012 and confirmed on 09/04/2012. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 67,882.85 |
| Less Refunds to Debtor | 561.62 | |
| TOTAL AMOUNT OF PLAN FUND | | 67,321.23 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 2,549.59 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,049.59 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5492 | | | | |
| BANK OF AMERICA** | 0.00 | 57,972.94 | 0.00 | 57,972.94 |
|   Acct: 1795 | | | | |
| EVERBANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BANK OF AMERICA** | 827.50 | 827.50 | 0.00 | 827.50 |
|   Acct: 1795 | | | | |
| | | | | 58,800.44 |
| **Priority** | | | | |
| GARY W SHORT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DANA WITTMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DANA WITTMAN | 561.62 | 561.62 | 0.00 | 0.00 |
|   Acct: | | | | |
| SCHUCHARDT LAW FIRM | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| ELLIOTT J SCHUCHARDT ESQ<br>Acct: | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| GARY W SHORT ESQ<br>Acct: | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT<br>Acct: XXXXXXXX-JKF | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA**<br>Acct: 1795 | 350.00 | 350.00 | 0.00 | 350.00 |
| | | | | 350.00 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY*<br>Acct: 6005 | 69.26 | 2.40 | 0.00 | 2.40 |
| ECMC(*)<br>Acct: 1198 | 32,100.18 | 1,113.11 | 0.00 | 1,113.11 |
| AMERICAN EXPRESS<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC ASSIGNEE CITI<br>Acct: 9729 | 13,313.75 | 461.67 | 0.00 | 461.67 |
| CITIBANK NA(*)<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| CLARION FEDERAL CREDIT UNION<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| COLUMBIA GAS OF PA INC(*)<br>Acct: 0025 | 137.45 | 4.77 | 0.00 | 4.77 |
| EDGEWORTH MUNICIPAL AUTHORITY<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC BY AMERICAN INF<br>Acct: 5640 | 3,057.71 | 106.03 | 0.00 | 106.03 |
| HUNTINGTON NATIONAL BANK(*)<br>Acct: 9827 | 12,039.05 | 417.46 | 0.00 | 417.46 |
| DEPARTMENT STORES NATIONAL BANK/M<br>Acct: 1883 | 251.51 | 8.72 | 0.00 | 8.72 |
| NATIONAL HOSPITAL COLLECTIONS*<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE<br>Acct: 4425 | 202.86 | 7.04 | 0.00 | 7.04 |
| ANDREW L SPIVACK ESQ FOR JOSEPH P<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RICHARD M SQUIRE ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 2,121.20 |

TOTAL PAID TO CREDITORS                                           61,271.64

Case 12-23634-CMB    Doc 139    Filed 01/24/18    Entered 01/24/18 14:21:58    Desc Main
Document    Page 2 of 3

```
TOTAL CLAIMED
 PRIORITY                350.00
 SECURED                 827.50
 UNSECURED            61,171.77
```

Date: 01/24/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com